UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


estate of RICKY D. SMITH, et al.)
                                )
v.                              )          No. 3:03-0035
                                )          CHIEF JUDGE CAMPBELL
SMITH MUSIC GROUP, et al.       )

                           O R D E R


     The above-styled case having been closed on January 7, 2003,

it is hereby ORDERED that:

     (X)  The party or parties who submitted material under seal
          (Attachments to Docket Entry No. 84) shall retrieve the
          same within ten (10) days of the date of entry of this
          Order on the docket.  If the material is not retrieved
          within the time specified, the Clerk is directed to
          destroy the material.

     (  ) The Clerk is directed to unseal the attached material
          and make them part of the record.

     (  ) The Clerk is directed to shred the attached sealed
          material.

     (  ) The Clerk is directed to maintain the attached material
          under seal.



                              _____
                              TODD J. CAMPBELL
                              UNITED STATES DISTRICT JUDGE